J-A03006-20

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| IN RE: ESTATE OF J. RUTTER GROSS A/K/A JAY RUTTER GROSS A/K/A JAY R. GROSS | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| | : | |
| | : | |
| | : | |
| APPEAL OF: CHRISTINE A. FOURHMAN AND RICHARD K. FOURHMAN, II | : | |
| | : | |
| | : | |
| | : | No. 1084 MDA 2019 |

Appeal from the Order Entered June 25, 2019
In the Court of Common Pleas of York County Orphans' Court at No(s):
6710-1224

BEFORE: LAZARUS, J., STABILE, J., and DUBOW, J.

JUDGMENT ORDER BY LAZARUS, J.:                **FILED JANUARY 16, 2020**

The order from which this appeal is taken, dated June 25, 2019, was vacated by the Orphans' Court on August 5, 2019. "It is well settled that a case or controversy must be present at every stage of the judicial process or the case will be deemed moot and will not be considered." *Erie Insurance Exchange v. Claypoole*, 673 A.2d 348, 352 (Pa. Super. 1996). A moot case presents questions and facts upon which a decision will have no effect. *Id.* at 353. Because the order has been vacated, there is no controversy to be decided. Accordingly, the instant appeal is dismissed as moot.

Appeal dismissed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: <u>1/16/2020</u>